UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 10cr4561-MMA |
| Plaintiff, | ) | |
| | ) | ORDER OF CRIMINAL |
| v. | ) | FORFEITURE |
| JESSE WILLIAM FADICK (1), | ) | |
| Defendant. | ) | |

In the above-captioned case, the United States sought forfeiture pursuant to 8 U.S.C. § 1324(b), and 18 U.S.C. § 982(a)(6), of any and all property of JESSE WILLIAM FADICK (1), obtained directly or indirectly as the result of, or used to facilitate, the Unlawful Hiring of Illegal Aliens in violation of 8 U.S.C. § 1324(a)(3)(A).

On November 30, 2010, Defendant pled guilty to Unlawful Hiring of Illegal Aliens in violation of Title 8, United States Code, Sections 1324(a)(3)(A). In his plea agreement and during his guilty plea, Defendant consented to the forfeiture allegations contained in the information, admitted facts sufficient to establish the requisite nexus between the $800,000.00 judgment and the offense, and agreed to the entry of an $800,000.00 forfeiture judgment. Defendant also agreed to the administrative forfeiture of $77,000.00 in U.S. currency seized by ICE in connection with this case. The Government agreed to credit that amount toward the $800,000.00 judgment provided the forfeiture is uncontested by any third party(ies) and a final

declaration of forfeiture is entered in the administrative proceedings.

Defendant made payment of $723,000.00 to the United States at the time of his guilty plea.

By virtue of Defendant's admissions in the plea agreement and guilty plea, the Court finds that $800,000.00 (U.S. dollars) represents the value of Defendant's property subject to forfeiture as proceeds of the offense. Accordingly, the United States is entitled to an Order of Forfeiture and a judgment in its favor against the defendant in the amount of $800,000.00, pursuant to 18 U.S.C. § 982(a)(6), 8 U.S.C. § 1324(b), and Rule 32.2(b) of the Federal Rules of Criminal Procedure.

Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment."

The Order herein has been submitted to Defendant through his attorney of record for review and no objections have been received.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1.   Defendant JESSE WILLIAM FADICK (1) shall forfeit to the United States the sum of $800,000.00 pursuant to 18 U.S.C. § 982(a)(6) and 8 U.S.C. 1324(b).

2.   Judgment shall be entered in favor of the United States against Defendant JESSE WILLIAM FADICK (1) in the amount of $800,000.00.

3.   This Court shall retain jurisdiction in the case for the purpose of enforcing the order of forfeiture and collecting and enforcing the judgment.

//

4. Pursuant to Rule 32.2(b)(3), this Order of Forfeiture shall be made final as to the Defendant at the time of sentencing and is part of the sentence and included in the judgment.

5. If any or all of the $800,000.00 money judgment remains unpaid, the United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $800,000.00 to satisfy the outstanding portion of the money judgment in whole or in part; and

6. The United States may take any and all actions available to it to collect and enforce the judgment.

IT IS SO ORDERED.

DATED: December 3, 2010

Hon. Michael M. Anello
United States District Judge